UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-20-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL MONSERRATE-GARCIA | ) |
| | ) |

## ORDER

Upon review of the Defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal his Sentencing Memorandum

IT IS SO ORDERED.

This __13__ day of November 2018.

_____
JAMES C. DEVER III
U.S. District Judge