UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-00020-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL MONSERRATE-GARCIA | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Exhibit, which is docket entry number 122. The Court is of the opinion that this exhibit should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the 21 day of ~~December 2020~~ January 2021.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE