UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Samuel Monserrate-Garcia**                                    **Docket No. 7:18-CR-20-2D**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Samuel Monserrate-Garcia, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), and 841(a)(1), and Possession With Intent to Distribute 50 Grams or More of Methamphetamine and Aiding & Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 8, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On January 26, 2021, the defendant's motion for compassionate release was denied.

Samuel Monserrate-Garcia was released from custody on April 15, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 22, 2025, the defendant was charged with Felony Larceny by Employee by the Jacksonville Police Department after it was discovered that he was scanning multiple items for customers, voiding those items, and then giving them back so that customers did not have to pay for them. He does not deny the allegations as outlined in the police report and reported that he did so because he felt bad for people who could not afford the items they were attempting to purchase. He expressed remorse for his actions and advised that he has since been terminated from his position at Wal-Mart, where he has been employed since August 2023. It is also noted that because of this arrest, the defendant has been removed from the Low Intensity Program and returned to a standard term of supervised release. As a sanction for the violation conduct it is respectfully recommended that he be placed on curfew for a period of 30 days with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Samuel Monserrate-Garcia
Docket No. 7:18-CR-20-2D
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: November 3, 2025

## ORDER OF THE COURT

Considered and ordered this **3** day of **November**, 2025, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge